Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter  __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **LZA Real Properties West, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 6 – 1 7 9 3 4 6 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1503 Betty Jo Dr**<br>Number          Street | Number          Street |
| **Austin, TX 78704-2648**<br>City                          State      ZIP Code | City                          State      ZIP Code |
| **Travis**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number          Street<br><br>City                          State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **LZA Real Properties West, LLC**                                                Case number *(if known)* _____
          _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>   <u>3</u>   <u>1</u>   <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                          MM / DD / YYYY

Case number, if known _____

Debtor  **LZA Real Properties West, LLC**
Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>Number        Street<br>_____<br>_____<br>City                              State      ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes.  Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

---

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | | ☐ 1,000-5,000 | ☐ 5,001-10,000 | | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | | ☐ 10,001-25,000 | | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | **LZA Real Properties West, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/04/2025**
MM/ DD/ YYYY

X **/s/ Lynn Z Antoniono**                      **Lynn Z Antoniono**
Signature of authorized representative of debtor      Printed name

Title **Owner Member Manager**

**18. Signature of attorney**

X **/s/ Kimberly Nash**      Date **08/04/2025**
Signature of attorney for debtor                MM/ DD/ YYYY

**Kimberly Nash**
Printed name

**Law Office of Kimberly Nash P.C.**
Firm name

**Po Box 162932**
Number     Street

**Austin**      **TX**   **78716-2932**
City           State    ZIP Code

_____      **kimberly@kimberlynashlaw.com**
Contact phone        Email address

**24043840**          **TX**
Bar number            State

**Fill in this information to identify the case:**

Debtor Name  **LZA Real Properties West, LLC**

United States Bankruptcy Court for the:  **Western**  District of  **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the part and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)  Type of account  Last 4 digits of account number

   3.1. **Checking Falcon Bank #1514 LZA Real Properties East LLC (operating account for LZA Real Properties West LLC)**  **Checking account**  **1 5 1 4**  ($136.99)

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**  ($136.99)
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **LZA Real Properties West, LLC**                                    Case number *(if known)* _____
          Name

| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                          [_____]

---

**Part 3:**     Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                                            Current value of
                                                                            debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:   _____  -  _____  =.....➜   _____
                           face amount        doubtful or uncollectible accounts

11b. Over 90 days old:      _____  -  _____  =.....➜   _____
                           face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      [_____]

---

**Part 4:**     Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

                                          Valuation method used        Current value of
                                          for current value            debtor's interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                            % of
                                           ownership:

| 15.1 | _____ | _____ | _____ | _____ |
| 15.2 | _____ | _____ | _____ | _____ |

Debtor    **LZA Real Properties West, LLC**          Case number *(if known)* _____
          Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                    _____

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                    _____

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

Debtor      **LZA Real Properties West, LLC**
            _____
            Name

Case number *(if known)* _____

---

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| **29.  Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                          _____

**34.  Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor    **LZA Real Properties West, LLC**
Name                                                    Case number *(if known)* _____

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| | (Where available) | | |
| 39. **Office furniture** | _____ | _____ | _____ |
| 40. **Office fixtures** | _____ | _____ | _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | _____ | _____ | _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| _____ |
| --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

Debtor    **LZA Real Properties West, LLC**          Case number *(if known)* _____
       Name

---

**48.**   **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

    48.1 _____

    48.2 _____

**49.**   **Aircraft and accessories**

    49.1 _____

    49.2 _____

**50.**   **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

    _____

**51.**   **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 9:** | Real property |
| --- | --- |

**54.**   **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 **All of reserve A, of CHARTER COMMUNICATIONS, a subdivision in Harris County, Texas, according to the map or plat thereof recorded under film Code No. 524033, of the Map Records of Harris County, Texas** / 2455 FM 2920 Spring, TX 77388 | Fee Simple | unknown | | $4,100,000.00 |

**56.**   **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     **$4,100,000.00**

---

| Debtor | **LZA Real Properties West, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**   All other assets

Debtor    **LZA Real Properties West, LLC**                    Case number *(if known)* _____
          Name

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡    _____
                             Total face amount   doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

**73.** **Interests in insurance policies or annuities**

_____    _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

**76.** **Trusts, equitable or future interests in property**

_____    _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Interest in executory contract: Commercial lease: Oil and Gas Solutions, LLC. $11,436.38 mo. Term remaining 60 months**    **unknown**

**Interest in executory contract: Commercial lease: Troy, dba Global Investments $14,142.00 mo. Term remaining 52 months**    **unknown**

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    _____

Debtor   **LZA Real Properties West, LLC**                       Case number *(if known)*
       Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($136.99) | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ➡ | | **$4,100,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | **unknown** | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........91a. | ($136.99) | + 91b. **$4,100,000.00** |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........ | | **$4,099,863.01** |

Fill in this information to identify the case:

Debtor name __**LZA Real Properties West, LLC**__

United States Bankruptcy Court for the: __**Western**__  District of __**Texas**__

(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | **$2,147,013.31** | **$4,100,000.00** |
|---|---|---|---|
| **CRE LOAN 2025-1-LLC** | All of reserve A, of CHARTER COMMUNICATIONS, a subdivision in Harris County, Texas, according to the map or plat thereof recorded under film Code No. 524033, of the Map Records of Harris County, Texas | | |

**Creditor's mailing address**

**Sophinvest LLC**

**304 S Jones Blvd 300**

**Hiko, NV 89017**

**Describe the lien**

**Deed of Trust**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      **5-9-23**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

1) Harris County Tax Assessor; **2) CRE LOAN 2025-1-LLC**; 3) The Patel Group; 4) Stallion Texas Real Estate Fund Group; 5) Matthew Wiggins

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Current lien holder was assigned the note and Deed of Trust on 6-12-25

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$6,574,704.76**

Debtor  **LZA Real Properties West, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** Creditor's name

**Harris County Tax Assessor**

Creditor's mailing address

**1001 Preston St**

**Houston, TX 77002-1839**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

~~All of reserve A, of CHARTER COMMUNICATIONS, a subdivision in Harris County, Texas, according to the map or plat thereof recorded under film Code No. 524033, of the Map Records of Harris County, Texas~~

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**unknown**     **$4,100,000.00**

Debtor **LZA Real Properties West, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

**Matthew Wiggins**

**Creditor's mailing address**

**17 Granadilla**

**Austin, TX 78721**

**Creditor's email address, if known**

_____

Date debt was incurred      **5-13-2025**

Last 4 digits of account
number      __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

All of reserve A. of CHARTER COMMUNICATIONS, a subdivision in Harris County, Texas, according to the map or plat thereof recorded under film Code No. 524033, of the Map Records of Harris County, Texas

**Describe the lien**

**Deed of Trust-no payments due**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$200,000.00

$4,100,000.00

**Remarks:** Debtor is not liable for this debt. Property of the Debtor secures this debt.

Debtor **LZA Real Properties West, LLC**                    Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** Creditor's name

**Stallion Texas Real Estate Fund Group**

Creditor's mailing address

**10119 Lake Creek Parkway**

**Austin, TX 78729**

Creditor's email address, if known

Date debt was incurred   **3-31-2025**

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

All of reserve A. of CHARTER COMMUNICATIONS, a subdivision in Harris County, Texas, according to the map or plat thereof recorded under film Code No. 524033, of the Map Records of Harris County, Texas

**$3,625,000.00**                **$4,100,000.00**

Describe the lien

**Deed of Trust- no payments due**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** The Stallion Texas Real Estate Fund group consists of the following lien holders:
Stallion Texas Real Estate Fund, LLC
Stallion Texas Real Estate Fund II REIT,LLC
Nexus Series B LLC
Debtor is not liable for this debt. Property of the Debtor secures this debt.

Debtor **LZA Real Properties West, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.5** **Creditor's name**

The Patel Group

**Creditor's mailing address**

141530 Lindell Rose Lane

Humble, TX 77396

**Creditor's email address, if known**

_____

Date debt was incurred    3-19-24

Last 4 digits of account   __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

All of reserve A, of CHARTER COMMUNICATIONS, a subdivision in Harris County, Texas, according to the map or plat thereof recorded under film Code No. 524033, of the Map Records of Harris County, Texas

**Describe the lien**

Deed of Trust-no payments due

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$602,691.45    $4,100,000.00

**Remarks:** The Patel Group consists of the following lien holders
Chetan Patel
Hina Patel
KSH Leva Hospitality, LLC
Daves Investments
Debtor is not liable for this debt. Property of the Debtor secures this debt.

Fill in this information to identify the case:

Debtor name _____**LZA Real Properties West, LLC**_____

United States Bankruptcy Court for the:

_____**Western District of Texas**_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.** List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor     **LZA Real Properties West, LLC**

Name                                                                    Case number *(if known)*

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Jack O'Boyle and Associates**

Po Box 815369

Dallas, TX 75381-5369

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

unknown

**Attorney for CRE Loan**
Basis for the claim: **2025-1 LLC**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Oil and Gas Solutions LLC**

23015 Mossy Oaks Rd

Spring, TX 77389

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,872.76

**Debtor's Tenant-Lease**
Basis for the claim: **deposit**

Date or dates debt was incurred **8-1-2025**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Provident Loan Servicing**

1452 Hughes Rd Ste 200

Grapevine, TX 76051

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

unknown

Basis for the claim: **Servicer -Real Estate**

Date or dates debt was incurred **5-9-2023**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**Troy, dba Global Investments Intl**

2455 FM 2920 Suite A

Spring, TX 77388

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,000.00

**Debtor's Tenant-Lease**
Basis for the claim: **deposit**

Date or dates debt was incurred **12/31/2024**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **LZA Real Properties West, LLC**
_____
          Name

Case number *(if known)* _____

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$37,872.76** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$37,872.76** |

---

Fill in this information to identify the case:

Debtor name **LZA Real Properties West, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | **Oil and Gas Solutions LLC** |
| | | **Contract to be ASSUMED** | **23015 Mossy Oaks Rd** |
| | State the term remaining | **60 months** | **Spring, TX 77389** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | **Troy, dba Global Investments Intl** |
| | | **Contract to be ASSUMED** | **2455 FM 2920 Suite A** |
| | State the term remaining | **52 months** | **Spring, TX 77388** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **LZA Real Properties West, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor  **LZA Real Properties West, LLC**
Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ <br><br> _____ <br><br> City   State   ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | Street _____ <br><br> _____ <br><br> City   State   ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name      **LZA Real Properties West, LLC**

United States Bankruptcy Court for the:

     **Western District of Texas**

Case number (if known): _____  Chapter  __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** Summary of Assets

---

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     **1a. Real Property:**

       Copy line 88 from *Schedule A/B*.................................................................................

| |
|---|
| **$4,100,000.00** |

     **1b. Total personal property:**

       Copy line 91A from *Schedule A/B*.............................................................................

| |
|---|
| **($136.99)** |

     **1c. Total of all property:**

       Copy line 92 from *Schedule A/B*..............................................................................

| |
|---|
| **$4,099,863.01** |

---

**Part 2:** Summary of Liabilities

---

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| |
|---|
| **$6,574,704.76** |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................

| |
|---|
| **$0.00** |

     **3b. Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

| |
|---|
| **+     $37,872.76** |

---

**4. Total liabilities**.................................................................................................................

     Lines 2 + 3a + 3b

| |
|---|
| **$6,612,577.52** |

Fill in this information to identify the case:

Debtor name **LZA Real Properties West, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$261,831.58** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$285,257.48** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$327,532.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor  **LZA Real Properties West, LLC** _____ Case number *(if known)* _____
Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.**     **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City   State  ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.**     **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jerry Johnson**<br>Creditor's name<br>**1503 Betty Jo Drive**<br>Street<br><br>**Austin, TX 78704**<br>City   State  ZIP Code<br><br>Relationship to debtor<br>**Property Manager/bookkeeper** | **various** | **$34,296.00** | **Management Fees/salary $34,296 since August 2024** |
| 4.2. **Lynn Antoniono**<br>Creditor's name<br>**1503 Betty Jo Drive**<br>Street<br><br>**Austin, TX 78704**<br>City   State  ZIP Code<br><br>Relationship to debtor<br>**Managing Member** | **various** | **$34,296.00** | **Management Fees/salary $34,296 since August 2024** |

Debtor    LZA Real Properties West, LLC                                    Case number *(if known)* _____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City     State   ZIP Code | _____ | _____ | _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City     State   ZIP Code | _____ <br> XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____ <br><br> Case number <br> _____ | _____ | _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City     State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor     LZA Real Properties West, LLC

Name

Case number *(if known)*

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

Case title

Court name and address

Name

Street

City          State     ZIP Code

Case number

Date of order or assignment

City          State     ZIP Code

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City          State     ZIP Code

Recipient's relationship to debtor

---

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | | | | |

---

## Part 6: Certain Payments or Transfers

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor   LZA Real Properties West, LLC _____   Case number *(if known)* _____
                    Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **C. Daniel Roberts, P.C.** | **Retainer** | **08/01/2025** | **$38,262.00** |
| | **Address** | **filing fee** | **08/01/2025** | **$1,738.00** |
| | **PO Box 300549**<br>Street | | | |
| | **Austin, TX 78703**<br>City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor **LZA Real Properties West, LLC**
_____
Name

Case number *(if known)* _____

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Lynn Z Antoniono** | **Management fee/salary between 8/23 and 8/25** | **various** | **$40,911.00** |

**Address**

**1503 Betty Jo Drive**
_____
Street

_____

**Austin, TX 78704**
_____
City                    State        ZIP Code

**Relationship to debtor**

**Managing Member**
_____

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Jerry Johnson** | **Management fees/salary between 8/23 and 8/25** | **various** | **$40,911.00** |

**Address**

**1503 Betty Jo Drive**
_____
Street

_____

**Austin, TX 78704**
_____
City                    State        ZIP Code

**Relationship to debtor**

**Property Manager/bookkeeper**
_____

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street | From _____ To _____ |

_____

_____
City                    State        ZIP Code

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | _____ | _____ |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ | | *Check all that apply:* |
| City    State    ZIP Code | _____ | ☐ Electronically |
| | _____ | ☐ Paper |

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor  __LZA Real Properties West, LLC_____  Case number *(if known)* _____
     Name

18.1  _____  XXXX–_ _ _ _  ☐ Checking  _____  _____
     Name  ☐ Savings

     _____  ☐ Money market
     Street  ☐ Brokerage

     ☐ Other

     _____  _____
     City     State     ZIP Code

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City  State  ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City  State  ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| __LZA Real Properties East LLC__ | | ~~Falcon Bank Checking Account~~ | _____ |
| Name | | ~~Styled LZA Real Properties East,~~ | |
| __1503 Betty Jo Drive__ | | ~~LLC #1514~~ | |
| Street | | | |
| __Austin__  __TX__  __78704__ | | | |
| City  State  ZIP Code | | | |

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| _____ | Name | _____ | ☐ On appeal |
| **Case number** | _____ | _____ | ☐ Concluded |
| | Street | | |
| _____ | _____ | _____ | |
| | _____ | | |
| | City        State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

Debtor    LZA Real Properties West, LLC
          _____        Case number *(if known)* _____
          Name

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.  _____        _____        EIN:  __ __ – __ __ __ __ __ __ __
       Name                                                          **Dates business existed**

       _____                                       From _____   To _____
       Street

       _____

       _____
       City          State   ZIP Code

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26a.1.  _____        From _____   To _____
        Name

        _____
        Street

        _____
        City                State      ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.  _____        From _____   To _____
        Name

        _____
        Street

        _____
        City                State      ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

---

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| **Jerry D Johnson** | |
| Name | |
| **1503 Bettly Jo Drive** | |
| Street | |
| **Austin, TX 78704** | |
| City                    State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City                    State              ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City                    State              ZIP Code |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lynn Z Antoniono** | **1503 Betty Jo Dr Austin, TX 78704** | **Managing Member, Single Member LLC** | **100.00%** |
| **Jerry D Johnson** | **1503 Betty Jo Dr Austin, TX 78704** | **Property Manager,** | **0.00%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

Debtor  LZA Real Properties West, LLC                                Case number *(if known)*

| | | | |
|---|---|---|---|
| Name | | | |
| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
| _____ | _____ | , _____ | From _____<br>To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
|---|---|---|---|
| 30.1. _____<br><br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City            State      ZIP Code | _____ | _____ | _____ |
| **Relationship to debtor** | | | |
| _____ | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __08/04/2025__
                  MM/  DD/  YYYY

Debtor    LZA Real Properties West, LLC                                    Case number *(if known)*
         Name

**X** **/s/ Lynn Z Antoniono**                         Printed name            **Lynn Z Antoniono**
   Signature of individual signing on behalf of the debtor


   Position or relationship to debtor    **Owner Member Manager**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name _____ **LZA Real Properties West, LLC** _____

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Stallion Texas Real Estate Fund Group 10119 Lake Creek Parkway Austin, TX 78729 | | Deed of Trust- no payments due | | $3,625,000.00 | $4,100,000.00 | $2,274,704.76 |
| 2 | Matthew Wiggins 17 Granadilla Austin, TX 78721 | | Deed of Trust-no payments due | | $200,000.00 | $4,100,000.00 | $200,000.00 |
| 3 | Oil and Gas Solutions LLC 23015 Mossy Oaks Rd Spring, TX 77389 | | Debtor's Tenant-Lease deposit | | | | $22,872.76 |
| 4 | Troy, dba Global Investments Intl 2455 FM 2920 Suite A Spring, TX 77388 | | Debtor's Tenant-Lease deposit | | | | $15,000.00 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor  **LZA Real Properties West, LLC** _____  Case number *(if known)* _____

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **LZA Real Properties West, LLC**                    CASE NO

                                                            CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **08/04/2025**        Signature _____**/s/ Lynn Z Antoniono**_____

                                        Lynn Z Antoniono, Owner Member Manager

Chetan Patel
141530 Lindell Rose Lane
Humble, TX 77396


CRE LOAN 2025-1-LLC
Sophinvest LLC
304 S Jones Blvd 300
Hiko, NV 89017


Daves Investment
10 Lakeside Drive
San Antonio, TX 78248


Harris County Tax Assessor
1001 Preston St
Houston, TX 77002-1839


Hina Patel
141530 Lindell Rose Lane
Spring, TX 77388


Jack O'Boyle and Associates
Po Box 815369
Dallas, TX 75381-5369


KSH Leva Hospitality, LLC
2610 Galit Cove
San Antonio, TX 78230


Matthew Wiggins
17 Granadilla
Austin, TX 78721

Nexus Series B LLC
10119 Lake Creek Parkway 202
Austin, TX 78729

Oil and Gas Solutions LLC
23015 Mossy Oaks Rd
Spring, TX 77389

Provident Loan Servicing
1452 Hughes Rd Ste 200
Grapevine, TX 76051

Stallion Texas Real Estate
Fund II REIT
10119 Lake Creek Parkway
Austin, TX 78729

Stallion Texas Real Estate
Fund LLC
10119 Lake Creek Pkwy
Austin, TX 78729-1757

Troy, dba Global Investments
Intl
2455 FM 2920 Suite A
Spring, TX 77388

United States Trustee AU12
903 San Jacinto Blvd 230
Austin, TX 78701-2450

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:                                                    CHAPTER  **11**

**LZA Real Properties West, LLC**


DEBTOR(S)                                                 CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

**Lynn Zeman Antoniono**
1503 Betty Jo Drive
Austin, Texas 78704

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Owner Member Manager**_____ of the _____**Nonpublic Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.


Date: **08/04/2025**_____     Signature: **/s/ Lynn Z Antoniono**_____
                                                                      *Lynn Z Antoniono, Owner Member Manager*